# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WHITNEY LOSTON

NO. 2023 KW 0616

**AUGUST 14, 2023**

---

In Re:     Whitney Loston, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2009-181129, 03-162554.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT GRANTED.** The district court is ordered to resentence relator, as ordered by this court on January 9, 2023, on or before September 8, 2023. A copy of the district court's action shall be filed in this court on or before September 15, 2023.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT